secrecy imposed thereon by the court below is denied. On consideration of the suggestion of a diminution of the record and motion for a writ of certiorari in that relation, the motion for a writ of certiorari is denied. The petition for a writ of certiorari is also denied and the Clerk of this Court is directed to return to the Court of Claims the papers filed in this case. *Joseph Dugan, pro se.* No appearance for the United States.

No. 491. HAMRICK ET AL. *v.* BRYAN ET AL. December 4, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Mr. Rollin E. Gish* for petitioners. *Messrs. Grover C. Spillers* and *I. J. Underwood* for respondents.

No. 501. COOPER *v.* O'CONNOR ET AL. December 4, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. MR. JUSTICE FRANKFURTER took no part in the consideration and decision of this application. *Mr. George B. Fraser* and *Wade H. Cooper, pro se,* for petitioner. *Messrs. Brice Clagett, George Baillie Springston,* and *Charles E. Wainwright* for respondents.

No. 461. TITAN METAL MANUFACTURING Co. *v.* NATIONAL LABOR RELATIONS BOARD. December 4, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Clarence R. Kramer* for petitioner. *Solicitor General Jackson* and *Messrs. Charles Fahy, Robert B. Watts, Laurence A. Knapp,* and *Owsley Vose* for respondent.